# EXHIBIT A

**The REKK User Defendants' Role in the Scheme**

1. **Andrew Ling**: On April 22, 2023, Andrew Ling placed an Amazon order for five Apple iPads causing the products to be shipped via Amazon Logistics. The products were delivered to Andrew Ling's address of record on April 22 and 23, 2023. Andrew Ling paid Amazon $2,172.05 via an interstate electronic financial transaction for the products. Subsequently, Andrew Ling engaged REKK to receive a fraudulent refund of the products. On April 22, 2023, an Amazon fulfillment center associate was the victim of an insider phishing attack orchestrated upon information and belief by REKK, in which REKK falsely claimed to be "Amazon HR" and coerced the associate to provide their account login credentials. As a result, their Amazon account was used to approve all five of Andrew Ling's orders as returned, despite none of the products being returned to Amazon. As a result, on April 29, 2023, Amazon was fraudulently induced to refund Andrew Ling $2,172.05 via interstate electronic financial transaction. Andrew Ling retained the products and the refund. Upon information and belief, Andrew Ling paid the REKK Operator Defendants a percentage of the fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.

2. **Brandon Sukhram:** On May 3, 2023, Brandon Sukhram placed an Amazon order for two high-value gaming electronics, causing the products to be shipped via Amazon Logistics. The products were delivered to Brandon Sukhram's address of record on May 8, 2023. Brandon Sukhram paid Amazon €1,047.80 Euro via international electronic financial transaction for the products. Subsequently, Brandon Sukhram engaged REKK to receive a fraudulent refund of the products. On May 9, 2023, Brandon Sukhram, or REKK acting on behalf of Brandon Sukhram, contacted Amazon Customer Service stating that he received empty packages in place of the products ordered. As a result, on May 10, 2023, Amazon was fraudulently induced to partially refund Brandon Sukhram €309.90 Euro via international electronic financial transaction. Brandon Sukhram retained the products and the refund. Upon information and belief, Brandon Sukhram paid the REKK Operator Defendants a percentage of

the fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.

3. **Charalampos Gkatzoulas:** On September 3, 2022, Charalampos Gkatzoulas placed an Amazon order for three Galaxy cell phones, causing the products to be shipped via DHL. The products were delivered to Charalampos Gkatzoulas' address of record on October 7, 2022. Charalampos Gkatzoulas paid Amazon €3,641.17 Euro via international electronic financial transaction for the products. Subsequently, Charalampos Gkatzoulas engaged REKK to receive a fraudulent refund of the products. On April 22, 2023, an Amazon fulfillment center associate was the victim of an insider phishing attack orchestrated, upon information and belief, by REKK, in which REKK falsely claimed to be "Amazon HR" and coerced the associate to provide their account login credentials. As a result, on May 4, 2023, Amazon was fraudulently induced to refund Charalampos Gkatzoulas €3,641.17 Euro via international electronic financial transaction. Charalampos Gkatzoulas retained the products and the refund. Upon information and belief, Charalampos Gkatzoulas paid the REKK Operator Defendants a percentage of the fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.

4. **Cosmin Sopca:** On June 1, 2022, Cosmin Sopca placed an Amazon order for one motherboard fan, one electronic toothbrush, and one compressed air duster, causing the products to be shipped via UPS. The products were delivered to Cosmin Sopca's address of record on June 8, 2022. Cosmin Sopca paid Amazon 846.41 GBP via international electronic financial transaction for the products. Subsequently, Cosmin Sopca engaged REKK to receive a fraudulent refund of the products. On June 5, 2022, REKK manipulated the shipping data of the products, fraudulently inducing Amazon to refund Cosmin Sopca 846.41 GBP via international electronic financial transaction. Cosmin Sopca retained the products and the refund. Upon information and belief, Cosmin Sopca paid the REKK Operator Defendants a percentage of the fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.

5. **Dylan Hinz:** On April 24, 2023, Dylan Hinz placed an Amazon order for three Apple 2023 MacBook Pro laptops, causing the products to be shipped via UPS. The products were delivered to Dylan Hinz's address of record on April 28, 2023. Dylan Hinz paid Amazon $6,754.30 via interstate electronic financial transaction for the products. Subsequently, Dylan Hinz engaged REKK to receive a fraudulent refund of the products. Earlier that week, an Amazon fulfillment center associate was the victim of an insider phishing attack orchestrated, upon information and belief, by REKK, in which REKK falsely claimed to be "Amazon HR" and coerced the associate to provide their account login credentials. As a result, on April 29, 2023, Amazon was fraudulently induced to refund Dylan Hinz $6,754.30 via interstate electronic financial transaction. Dylan Hinz retained the products and the refund. Upon information and belief, Dylan Hinz paid the REKK Operator Defendants a percentage of the fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.

6. **Eric Niezabytowski:** On April 29, 2023, Eric Niezabytowski placed an Amazon order for a car tire, two Garmin speakers, and a car exhaust, causing the products to be shipped via UPS and Amazon Logistics. The products were delivered to Eric Niezabytowski's address of record on May 1, 4, and 9, 2023. Eric Niezabytowski paid Amazon $2,117.84 via interstate electronic financial transaction for the products. Subsequently, Eric Niezabytowski engaged REKK to receive a fraudulent refund of the products. On May 5, 2023, an Amazon fulfillment center associate was the victim of an insider phishing attack orchestrated, upon information and belief, by REKK, in which REKK falsely claimed to be "Amazon Investigation" and coerced the associate to provide their account login credentials. As a result, on May 6, 2023, Amazon was fraudulently induced to refund Eric Niezabytowski $1,693.86 via interstate electronic financial transaction. Eric Niezabytowski retained the products and the refund. Upon information and belief, Eric Niezabytowski paid the REKK Operator Defendants a percentage of the fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.

7. **Graham Ferguson:** On April 27, 2023, Graham Ferguson placed an Amazon order for two MacBook laptops, causing the products to be shipped via UPS and USPS. The products were delivered to Graham Ferguson's address of record on May 1 and 3, 2023. Graham Ferguson paid Amazon $5,216.36 via interstate electronic financial transaction for the products. Subsequently, Graham Ferguson engaged REKK to receive a fraudulent refund of the products. On May 7, 8, and 9, 2023, an Amazon insider fraudulently approved Graham Ferguson's refund, despite the products never being returned. As a result, on May 7, 8, and 9, 2023, Amazon was fraudulently induced to refund Graham Ferguson a total of $5,216.36 via interstate electronic financial transaction. Graham Ferguson retained the products and the refund. Upon information and belief, Graham Ferguson paid the REKK Operator Defendants a percentage of the fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.

8. **Ivona Brazovskaja:** On April 28, 2023, Ivona Brazovskaja placed an Amazon order for two Apple iPhone 14 Pros, causing the products to be shipped via Amazon Logistics. The products were delivered to Ivona Brazovskaja's address of record on May 3, 2023. Ivona Brazovskaja paid Amazon €2,653.98 Euro via international electronic financial transaction for the products. Subsequently, Ivona Brazovskaja engaged REKK to receive a fraudulent refund of the products. On May 8, 2023, Amazon received a falsified police report from Ivona Brazovskaja after claiming the products were not received. As a result, Amazon was fraudulently induced to refund Ivona Brazovskaja €2,653.98 Euro via international electronic financial transaction. Ivona Brazovskaja retained the products and the refund. Upon information and belief, Ivona Brazovskaja paid the REKK Operator Defendants a percentage of the fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.

9. **James Garofalo:** On April 2, 2023, James Garofalo placed an Amazon order for a gaming motherboard, causing the product to be shipped via Amazon Logistics. The product was delivered to James Garofalo's address of record on April 30, 2023. James Garofalo paid

4

Amazon $913.75 via interstate electronic financial transaction for the product. Subsequently, James Garofalo engaged REKK to receive a fraudulent refund of the product. On May 2, 2023, an Amazon insider fraudulently approved James Garofalo's refund, despite the product never being returned. As a result, on May 6, 2023, Amazon was fraudulently induced to refund James Garofalo $913.75 via interstate electronic financial transaction. James Garofalo retained the product and the refund. Upon information and belief, James Garofalo paid the REKK Operator Defendants a percentage of the fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.

10.  **Jenny Tran:** On April 19, 2023, Jenny Tran placed an Amazon order for two Apple MacBook Air laptops, causing the products to be shipped via Amazon Logistics. The products were delivered to Jenny Tran's address of record on April 20, 2023. Jenny Tran paid Amazon 2,198 GBP via international electronic financial transaction for the product. Subsequently, Jenny Tran engaged REKK to receive a fraudulent refund of the products. On May 8, 2023, Amazon received a falsified police report from Jenny Tran after Jenny Tran, or REKK acting on behalf of Jenny Tran, claimed they had received an empty box. As a result, Amazon was fraudulently induced to refund Jenny Tran 2,198 GBP via international electronic financial transaction. Jenny Tran retained the products and the refund. Upon information and belief, Jenny Tran paid the REKK Operator Defendants a percentage of the fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.

11.  **Johanes Kessel:** On May 19, 2022, Johanes Kessel placed an Amazon order for one gaming motherboard and one virtual reality charging dock, causing the products to be shipped via UPS. The products were delivered to Johanes Kessel's address of record on May 27, 2022. Johanes Kessel paid Amazon $2,309.37 via interstate electronic financial transaction for the products. Subsequently, Johanes Kessel engaged REKK to receive a fraudulent refund of the products. On May 21, 2022, REKK manipulated the shipping data of the products, fraudulently inducing Amazon to refund Johanes Kessel $2,309.37 via interstate electronic financial

5

transaction. Johanes Kessel retained the products and the refund. Upon information and belief, Johanes Kessel paid the REKK Operator Defendants a percentage of the fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.

12. **Jorge Correa:** On April 29, 2023, Jorge Correa placed an Amazon order for a PlayStation 5 Console, causing the product to be shipped via USPS. The product was delivered to Jorge Correa's address of record on May 1, 2023. Jorge Correa paid Amazon $528.94 via interstate electronic financial transaction for the product. Subsequently, Jorge Correa engaged REKK to receive a fraudulent refund of the product. On May 5, 2023, an Amazon fulfillment center associate was the victim of an insider phishing attack orchestrated, upon information and belief, by REKK, in which REKK falsely claimed to be "Amazon Investigation" and coerced the associate to provide their account login credentials. As a result, on May 6, 2023, Amazon was fraudulently induced to refund Jorge Correa $528.94 via interstate electronic financial transaction. Jorge Correa retained the product and the refund. Upon information and belief, Jorge Correa paid the REKK Operator Defendants a percentage of the fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.

13. **Josh Davis:** On April 12, 2023, Josh Davis placed an Amazon order for an Apple iPad Pro, causing the product to be shipped via Amazon Logistics. The product was delivered to Josh Davis's address of record on April 14, 2023. Josh Davis paid Amazon $1,308.77 via interstate electronic financial transaction for the products. Subsequently, Josh Davis engaged REKK to receive a fraudulent refund of the product. On April 28, 2023, REKK contacted an Amazon fulfillment center employee posing as Amazon HR personnel and instructed an insider to fraudulently approve Josh Davis's refund, despite the product never being returned. As a result, that same day Amazon was fraudulently induced to refund Josh Davis $1,308.77 via interstate electronic financial transaction. Josh Davis retained the products and the refund. Upon information and belief, Josh Davis paid the REKK Operator Defendants a percentage of the

fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.

14. **Karcper Niepogoda:** On December 11, 2022, Karcper Niepogoda placed an Amazon order for a computer power supply unit and a computer gaming memory device, causing the products to be shipped via DHL and Amazon Logistics. The products were delivered to Karcper Niepogoda's address of record on December 13, 2022. Karcper Niepogoda paid Amazon €582.50 Euro via international electronic financial transaction for the products. Subsequently, Karcper Niepogoda engaged REKK to receive a fraudulent refund of the products. On May 2, 2023, REKK compromised an external Amazon tool used by sellers to process inventory, fraudulently inducing Amazon to refund Karcper Niepogoda €574.50 Euro via international electronic financial transaction despite the products never being returned. Karcper Niepogoda retained the products and the refund. Upon information and belief, Karcper Niepogoda paid the REKK Operator Defendants a percentage of the fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.

15. **Olaf Booij:** On January 25, 2023, Olaf Booij placed an Amazon order for two Samsung Galaxies and an Apple iPad, causing the products to be shipped via DHL. The products were delivered to Olaf Booij's address of record on January 26, 2023. Olaf Booij paid Amazon €2,116.02 Euro via international electronic financial transaction for the products. Subsequently, Olaf Booij engaged REKK to receive a fraudulent refund of the products. On May 2, 2023, REKK compromised an external Amazon tool used by sellers to process inventory, fraudulently inducing Amazon to refund Olaf Booij €1,454.91 Euro via international electronic financial transaction despite the products never being returned. Olaf Booij retained the products and the refund. Upon information and belief, Olaf Booij paid the REKK Operator Defendants a percentage of the fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.

16. **Ryan Bates:** On April 11, 2023, Ryan Bates placed an Amazon order for a gaming monitor and a gaming PC, causing the products to be shipped via Amazon Logistics. The products were delivered to Ryan Bates's address of record on April 13, 2023. Ryan Bates paid Amazon 7,520.99 CDN via international electronic financial transaction for the product. Subsequently, Ryan Bates engaged REKK to receive a fraudulent refund of the products. On April 21, 2023, Amazon received a falsified police report from Ryan Bates after Ryan Bates or REKK acting on behalf of Ryan Bates, claimed they had received an empty box. As a result, Amazon was fraudulently induced to refund Ryan Bates 7,520.99 CDN via international electronic financial transaction. Ryan Bates retained the products and the refund. Upon information and belief, Ryan Bates paid the REKK Operator Defendants a percentage of the fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.

17. **Sai Charan Beeravelli:** On April 30, 2023, Sai Charan Beeravelli placed an Amazon order for a 1 oz 24K gold coin, causing the product to be shipped via Amazon Logistics. The product was delivered to Sai Charan Beeravelli's address of record on May 2, 2023. Sai Charan Beeravelli paid Amazon $2,682.30 via interstate electronic financial transaction for the product. Subsequently, Sai Charan Beeravelli engaged REKK to receive a fraudulent refund of the products. On May 5, 2023, an Amazon fulfillment center associate was the victim of an insider phishing attack orchestrated, upon information and belief, by REKK, in which REKK falsely claimed to be "Amazon Investigation" and coerced the associate to provide their account login credentials. As a result, that same day Amazon was fraudulently induced to refund Sai Charan Beeravelli $2,682.30 via interstate electronic financial transaction. Sai Charan Beeravelli retained the product and the refund. Upon information and belief, Sai Charan Beeravelli paid the REKK Operator Defendants a percentage of the fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.

18. **Simone Antonio Figura:** On May 1, 2023, Simone Antonio Figura placed an Amazon order for three Apple iPhone Pros and a robot vacuum, causing the products to be

8

shipped via Amazon Logistics and SDA Express. The products were delivered to Simone Antonio Figura's address of record on May 5 and 8, 2023. Simone Antonio Figura paid Amazon €5,103.99 Euro via international electronic financial transaction for the product. Subsequently, Simone Antonio Figura engaged REKK to receive a fraudulent refund of the products. On May 9, 2023, Amazon received a falsified police report from Simone Antonio Figura after claiming the products were not received. As a result, Amazon was fraudulently induced to refund Simone Antonio Figura €5,103.99 Euro via international electronic financial transaction. Simone Antonio Figura retained the products and the refund. Upon information and belief, Simone Antonio Figura paid the REKK Operator Defendants a percentage of the fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.

19. **Zachary Iguelmamene:** On June 14, 2022, Zachary Iguelmamene placed an Amazon order for a gaming storage card and gaming monitor, causing the products to be shipped via Amazon Logistics. Zachary Iguelmamene paid Amazon $1,120.80 via interstate electronic financial transaction for the product. Subsequently, Zachary Iguelmamene engaged REKK to receive a fraudulent refund of the products. The products were delivered to Zachary Iguelmamene's address of record on June 15, 2022, but Zachary Iguelmamene refused delivery. While a refund for the refusal was being processed, Zachary Iguelmamene requested a replacement product. As a result, Amazon was fraudulently induced to refund Zachary Iguelmamene $1,120.80 via interstate electronic financial transaction on June 17, 2023, and shipped Zachary Iguelmamene a replacement of each product. Zachary Iguelmamene retained the products and the refund. Upon information and belief, Zachary Iguelmamene paid the REKK Operator Defendants a percentage of the fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.

20. **Zoha Ahmed:** On May 2, 2023, Zoha Ahmed placed an Amazon order for a designer watch, causing the product to be shipped via Amazon Logistics. The product was delivered to Zoha Ahmed's address of record on May 4, 2023. Zoha Ahmed paid Amazon

933.01 CDN via international electronic financial transaction for the product.  Subsequently, Zoha Ahmed engaged REKK to receive a fraudulent refund of the product.  On May 7, 2023, Amazon Insider Defendant Janiyah Alford fraudulently approved Zoha Ahmed's refund, despite the product never being returned.  As a result, on that day, Amazon was fraudulently induced to refund Zoha Ahmed 937.00 CDN via international electronic financial transaction.  Zoha Ahmed retained the product and the refund.  Upon information and belief, Zoha Ahmed paid the REKK Operator Defendants a percentage of the fraudulently obtained refund and sent them a vouch, which was posted to the Telegram channel, as evidence of the successful refund.