AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court   Western District of Washington   on the following

☑ Trademarks or    ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:23-cv-01879 JLR | DATE FILED<br>12/7/2023 | U.S. DISTRICT COURT<br>Western District of Washington |
|---|---|---|
| PLAINTIFF<br>AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation | | DEFENDANT<br>Does 1-20, unknown parties doing business as "REKK," et al. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See Attachment | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Ravi Subramanian | (BY) DEPUTY CLERK<br>Rachel Evans | DATE<br>12/11/2023 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

**Attachment to Report on Filing of an Action Regarding a Patent or Trademark**

**Case No.**  2:23-cv-01879

**Amazon.com, Inc. v. Does 1-20, unknown parties doing business as "REKK," et al.**

| Trademark Number | Date of Trademark | Holder of Trademark |
|---|---|---|
| 2,657,226 (Int. Cl. 42) | December 3, 2002 | Amazon Technologies, Inc. |
| 2,738,837 (Int. Cl. 38) | July 15, 2003 | Amazon Technologies, Inc. |
| 2,738,838 (Int. Cl. 39) | July 15, 2003 | Amazon Technologies, Inc. |
| 2,832,943 (Int. Cl. 35) | April 13, 2004 | Amazon Technologies, Inc. |
| 2,857,590 (Int. Cl. 9) | June 29, 2004 | Amazon Technologies, Inc. |
| 3,868,195 (Int. Cl. 45) | October 26, 2010 | Amazon Technologies, Inc. |
| 4,171,964 (Int. Cl. 9) | July 10, 2012 | Amazon Technologies, Inc. |
| 4,533,716 (Int. Cl. 2) | May 20, 2014 | Amazon Technologies, Inc. |
| 4,656,529 (Int. Cl. 18) | December 16, 2014 | Amazon Technologies, Inc. |
| 4,907,371 (Int. Cls. 35, 41, 42) | March 1, 2016 | Amazon Technologies, Inc. |
| 5,102,687 (Int. Cl. 18) | December 20, 2016 | Amazon Technologies, Inc. |
| 5,281,455 (Int. Cl. 36) | September 5, 2017 | Amazon Technologies, Inc. |
| 2,078,496 (Int. Cl. 42) | July 15, 1997 | Amazon Technologies, Inc. |
| 2,167,345 (Int. Cl. 35) | June 23, 1998 | Amazon Technologies, Inc. |
| 2,559,936 (Int. Cl. 35, 36, 42) | April 9, 2002 | Amazon Technologies, Inc. |
| 2,633,281 (Int. Cl. 38) | October 8, 2002 | Amazon Technologies, Inc. |
| 2,837,138 (Int. Cl. 35) | April 27, 2004 | Amazon Technologies, Inc. |
| 2,903,561 (Int. Cls. 18, 28) | November 16, 2004 | Amazon Technologies, Inc. |

| | | |
|---|---|---|
| 3,411,872 (Int. Cl. 36) | April 15, 2008 | Amazon Technologies, Inc. |
| 4,608,470 (Int. Cl. 45) | September 23, 2014 | Amazon Technologies, Inc. |
| 4,171,965 (Int. Cl. 9) | July 10, 2012 | Amazon Technologies, Inc. |
| 5,038,752 (Int. Cl. 25) | September 13, 2016 | Amazon Technologies, Inc. |
| 4067393 (Int. Cl. 38) | December 6, 2011 | Amazon Technologies, Inc. |
| 3904646 (Int. Cl. 35) | January 11, 2011 | Amazon Technologies, Inc. |
| 3911425 (Int. Cl. 45) | January 5, 2011 | Amazon Technologies, Inc. |
| 5100558 (Int. Cl. 39) | December 13, 2016 | Amazon Technologies, Inc. |
| 4,969,037 (Int. Cl. 40) | May 31, 2016 | Amazon Technologies, Inc. |
| 5129530 (Int. Cl. 9) | January 24, 2017 | Amazon Technologies, Inc. |
| 6178565 (Int. Cls. 16, 36, 41, 42) | October 20, 2020 | Amazon Technologies, Inc. |