The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Does 1-20, unknown parties doing business as "REKK," and the following individuals: Oscar Pineda, Janiyah Alford, Noah Page, Skylar Robinson, William Walsh, Luke Colvin, Alejandro Taveras, Andrew Ling, Brandon Sukhram, Charalampos Gkatzoulas, Cosmin Sopca, Dylan Hinz, Eric Niezabytowski, Graham Ferguson, Ivona Brazovskaja, James Garofalo, Jenny Tran, Johanes Kessel, Jorge Correa, Josh Davis, Karcper Niepogoda, Olaf Booij, Ryan Bates, Sai Charan Beeravelli, Simone Antonio Figura, Zachary Iguelmamene, and Zoha Ahmed,<br><br>Defendants. | No. 2:23-cv-01879-JLR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF AMAZON.COM, INC.'S MOTION FOR EXPEDITED DISCOVERY<br><br>NOTE ON MOTION CALENDAR: December 19, 2023 |

This matter comes before the Court on Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc.s' (together, "Amazon"), Motion for Expedited Discovery related to Defendants', Does 1-20, unknown parties doing business as "REKK,"

[PROPOSED] ORDER GRANTING AMAZON'S MOTION
FOR EXPEDITED DISCOVERY — 1
(2:21-cv-1879- JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

identities.  Having reviewed the complaint and the papers filed in connection with this matter, the Court finds good cause to grant Amazon leave to conduct expedited discovery as follows:

      Amazon is granted leave, prior to the Rule 26(f) conference, to serve Rule 45 subpoenas on the following companies solely for the purpose of obtaining account information that may help identify Defendants:

    a)     Telegram, LLC  (a company that administered the channels on which Defendants advertised their services as alleged in Amazon's Complaint);

    b)     Reddit, Inc. (a company that administered the channels on which Defendants advertised their services as alleged in Amazon's Complaint);

    c)     Google LLC (a company that administered the service form and the Gmail email address linked to Defendants' PayPal account, as alleged in Amazon's Complaint);

    d)     PayPal, Inc. (a company through which Defendants accepted payment for their services as alleged in Amazon's Complaint);

    e)     Saint Bitts, LLC operating as Bitcoin.com. (a company through which Defendants accepted payment for their services as alleged in Amazon's Complaint);

    f)     Binance Holdings Limited operating as Binance.com (a company through which Defendants exchanged payment for their services as alleged in Amazon's Complaint);

      Amazon is also granted leave, prior to the Rule 26(f) conference, to serve additional Rule 45 subpoenas on the above listed companies and other companies or individuals (e.g., banks, credit card companies, internet service providers, etc.) that may be discovered from the information possessed by the companies identified in the previous paragraph, and which could reasonably lead to the discovery or confirmation of Defendants' identities.

[~~PROPOSED~~] ORDER GRANTING AMAZON'S MOTION
FOR EXPEDITED DISCOVERY — 2
(2:21-cv-1879-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

DATED this 20th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*


By *s/Melina Garcia*
Bonnie E. MacNaughton, WSBA #36110
Tim Cunningham, WSBA #50224
Melina E. Garcia, WSBA #58036
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: (206) 622-3150
Fax: (206) 757-7700
Email:  bonniemacnaughton@dwt.com
            timcunningham@dwt.com
            melinagarcia@dwt.com

[PROPOSED] ORDER GRANTING AMAZON'S MOTION FOR EXPEDITED DISCOVERY — 3
(2:21-cv-1879-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax