UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al.,<br><br>                       Plaintiff(s),<br>Vs.<br><br>DOES 1-20, unknown parties doing business as "REKK,"; et al.,<br><br>                       Defendant(s). | NO. 2:23-cv-01879-JLR<br><br>AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF. |

STATE OF NEW YORK    )
                                ) ss.
COUNTY OF KINGS     )

The undersigned, being first duly sworn, on oath states:

     That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of New York, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

     That at 6:53 P.M. on December 13th, 2023, at 66 Weldon Street, Brooklyn, New York, I duly served the above-described documents in the above-described matter upon Brandon Sukhram, by then and there personally delivering a true and correct copy thereof by leaving the same with Sonya Sukhram, mother and resident of suitable age and discretion and co-resident, being a brown-skinned female, approximately 55 years old, 5'2, 125lbs, with brown hair and glasses, who confirmed that they both reside here.

                                           _____
                                           DOMINIC DELLAPORTE

Service Fees:
Ferry tolls:            SUBSCRIBED AND SWORN to before me on: 12/18/23
Travel:
SSA:
Bad Address:
Aff./Notary Fee:
Special Fee:                                  NOTARY PUBLIC in and for the State
Wait:                                          of New York residing at: 6/29/26
                                           My commission expires: 6/29/26
TOTAL   $(see invoice)

EVAN COHAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02CO4998577
Qualified in Rockland County
My Commission Expires 06-29-2026