## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON

AMAZON.COM, INC., a Delaware corporation; et al.,

        Plaintiff(s),

Vs.

DOES 1-20, unknown parties doing business as "REKK,"; et al.,

        Defendant(s).

NO. 2:23-cv-01879-JLR

AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF.

| STATE OF OHIO | ) |
|---|---|
| | ) ss. |
| COUNTY OF WARREN | ) |

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Ohio, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 9:03 A.M. on December 18th, 2023, at 342 Sprague Road, Apartment 202, Berea, Ohio, I duly served the above-described documents in the above-described matter upon Dylan Hinz, by then and there personally delivering a true and correct copy thereof by leaving the same with Dylan Hinz, personally, being a Caucasian male, approximately 25 years old, 5'7, 155lbs and with light brown hair.

MARIUS AARON CAPAS

Service Fees:
Ferry tolls:
Travel:
SSA:
Bad Address:
Aff./Notary Fee:
Special Fee:
Wait:

TOTAL   $(see invoice)

SUBSCRIBED AND SWORN to before me on: 12 / 19 / 2023

NOTARY PUBLIC in and for the State of Ohio residing at: Warren, County,
My commission expires: Oct 17, 2028

ANNA CAPAS
Notary Public
State of Ohio
My Comm. Expires
October 17, 2028