UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al., <br><br> Plaintiff(s), <br> Vs. <br><br> DOES 1-20, unknown parties doing business as "REKK."; et al., <br><br> Defendant(s). | NO. 2:23-cv-01879-JLR <br><br> AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF. |

STATE OF MICHIGAN   )
                    ) ss.
COUNTY OF MACCOMB   )

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Michigan, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That on December 15th, 2023, at 1420 Tulberry Circle, Rochester, Michigan, I duly served the above-described documents in the above-described matter upon Eric Niczabytowski, by then and there personally delivering a true and correct copy thereof by leaving the same with Eric Niczabytowski, personally.

JASON SCHMAUS

Service Fees:
Ferry tolls:
Travel:
SSA:
Bad Address:
Aff./Notary Fee:
Special Fee:
Wait:

TOTAL  $(see invoice)

SUBSCRIBED AND SWORN to before me on: 12-21-23

NOTARY PUBLIC in and for the State
of Michigan residing at: Macomb
My commission expires: 11-21-23

CHRISTINA PUCKETT
Notary Public   State of Michigan
County of Macomb
My Commission Expires Nov 21, 2024
Acting in the County of Macomb