UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al., | NO. 2:23-cv-01879-JLR |
| Plaintiff(s), | AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF. |
| Vs. | |
| DOES 1-20, unknown parties doing business as "REKK,"; et al., | |
| Defendant(s). | |

STATE OF SOUTH DAKOTA  )
                       ) ss.
COUNTY OF HAMLIN       )

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of South Dakota, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 10:40 A.M. on December 14th, 2023, at 1231 East 57th Street, Sioux Falls, South Dakota, I duly served the above-described documents in the above-described matter upon Graham Ferguson, by then and there personally delivering a true and correct copy thereof by leaving the same with Graham Ferguson, personally, being a male, approximately 24 years old, 6'1, 170lbs and with brown hair.

_____
WESLEY TERPENING

Service Fees:
Ferry tolls:      SUBSCRIBED AND SWORN to before me on: 12-15-23
Travel:
SSA:              _____
Bad Address:
Aff./Notary Fee:  NOTARY PUBLIC in and for the State
Special Fee:      of South Dakota residing at: 1310 941 Ave SE Watn.
Wait:             My commission expires: 10-24-2028

TOTAL  $(see invoice)