UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al., | NO. 2:23-cv-01879-JLR |
| Plaintiff(s), | AFFIDAVIT OF SERVICE OF: SUMMONS IN A |
| Vs. | CIVIL ACTION; COMPLAINT FOR DAMAGES AND |
| | INJUNCTIVE RELIEF. |
| DOES 1-20, unknown parties doing business as "REKK,"; et al., | |
| Defendant(s). | |

STATE OF NEW JERSEY )
) ss.
COUNTY OF BERGEN )

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of New Jersey, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 11:56 A.M. on December 13th, 2023, at 120 Weinmanns Boulevard, Wayne, New Jersey, I duly served the above-described documents in the above-described matter upon James Garofalo, by then and there personally delivering a true and correct copy thereof by leaving the same with William Garofalo, father and resident of suitable age and discretion and co-resident, being a Caucasian male, approximately 71 years old, 5'8, 217lbs and with white hair, who confirmed that they both reside here.

ANTHONY IAVARONE

Service Fees:
Ferry tolls:
Travel:
SSA:
Bad Address:
Aff./Notary Fee:
Special Fee:
Wait:

TOTAL     $(see invoice)

SUBSCRIBED AND SWORN to before me on: Dec. 14, 2023

NOTARY PUBLIC in and for the State
of New Jersey residing at: Hudson County
My commission expires: June 8, 2028.

ALEXANDRA N TRUJILLO
My Commission Expires
06-08-2028
NOTARY
PUBLIC
Comm. #50210822
STATE OF NEW JERSEY