UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al.,<br><br>Vs.<br><br>DOES 1-20, unknown parties doing business as "REKK,"; et al.,<br><br>Defendant(s). | NO. 2:23-cv-01879-JLR<br><br>AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF. |

STATE OF TENNESSEE   )
                     ) ss.
COUNTY OF HAMILTON   )

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Tennessee, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 3:04 P.M. on December 13th, 2023, at 1444 Ely Road, Hixson, Tennessee, I duly served the above-described documents in the above-described matter upon Janiyah Alford, by then and there personally delivering a true and correct copy thereof by leaving the same with Jennifer Bejar, mother and resident of suitable age and discretion and co-resident, being a Caucasian female, approximately 44 years old, 5'4, 120lbs and with blonde hair, who confirmed that they both reside here.

*Kimberly Skeel*
KIMBERLY SKEEL

Service Fees:
Ferry tolls:       SUBSCRIBED AND SWORN to before me on: 12/14/2023
Travel:
SSA:
Bad Address:
Aff./Notary Fee:
Special Fee:       NOTARY PUBLIC in and for the State
Wait:              of Tennessee residing at: 128 S. Locust St.
                   My commission expires: 1-25-27

TOTAL  $(see invoice)



Brittany Dawn Rue
Notary Public, ID KYNP65685
State at Large, Kentucky
My Commission Expires on Jan. 25, 2027

Doc ID: 5087bdff599718a3a06db09627a6d3623816ba22