UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al., | NO. 2:23-cv-01879-JLR |
| Plaintiff(s), | AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF. |
| Vs. | |
| DOES 1-20, unknown parties doing business as "REKK,"; et al., | |
| Defendant(s). | |

STATE OF PENNSYLVANIA      )
                                               ) ss.
COUNTY OF LACKAWANNA   )

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Pennsylvania, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 3:00 P.M. on December 13th, 2023, at 1032 Lake Ariel Highway, Lake Ariel, Pennsylvania, I duly served the above-described documents in the above-described matter upon Jorge Correa, by then and there personally delivering a true and correct copy thereof by leaving the same with Jorge Correa, personally, being a Puerto Rican male, approximately 60 years old, 5'10, 160lbs, with black hair and glasses.

BRAIN DUFFY

Service Fees:
Ferry tolls:                    SUBSCRIBED AND SWORN to before me on: 12/22/23
Travel:
SSA:
Bad Address:
Aff./Notary Fee:
Special Fee:
Wait:                           NOTARY PUBLIC in and for the State
                                of Pennsylvania residing at: _____.
                                My commission expires: _____.

TOTAL   $(see invoice)

Commonwealth of Pennsylvania - Notary Seal
FRANCIS B JOLLEY - Notary Public
Lackawanna County
My Commission Expires March 24, 2025
Commission Number 1248164