UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al., | NO. 2:23-cv-01879-JLR |
| Plaintiff(s), | AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF. |
| Vs. | |
| DOES 1-20, unknown parties doing business as "REKK,"; et al., | |
| Defendant(s). | |

STATE OF KENTUCKY      )
                       ) ss.
COUNTY OF WOODFORD     )

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Kentucky, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 8:45 A.M. on December 15th, 2023, at 345 Ridgewood Drive, Versailles, Kentucky, I duly served the above-described documents in the above-described matter upon Skylar Robinson, by then and there personally delivering a true and correct copy thereof by leaving the same with Skylar Robinson, personally, being a Caucasian female, approximately 20 years old, 5'4, 130lbs and with black hair.

*Brittany Rue*

BRITTANY RUE

Service Fees:
Ferry tolls:        SUBSCRIBED AND SWORN to before me on: 12/18/2023
Travel:
SSA:
Bad Address:
Aff./Notary Fee:
Special Fee:        NOTARY PUBLIC in and for the State
Wait:               of Kentucky residing at: Woodford County, KY
                    My commission expires: 9/20/26

TOTAL   $(see invoice)



Leslie Grace Pennington
Notary Public, ID KYNP56361
State at Large, Kentucky
My Commission Expires on Aug. 20, 2026

Doc ID: 4da1398282127bb41b32816cac60da50b9734a75