UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al., <br><br> Vs.        Plaintiff(s), <br><br> DOES 1-20, unknown parties doing business as "REKK,"; et al., <br><br>        Defendant(s). | NO. 2:23-cv-01879-JLR <br><br> AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF. |

STATE OF MARYLAND  )
                            ) ss.
COUNTY OF BALTIMORE )

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Maryland, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 9:20 A.M. on December 13th, 2023, at 6193 Montgomery Road, Elkridge, Maryland, I duly served the above-described documents in the above-described matter upon William Walsh, by then and there personally delivering a true and correct copy thereof by leaving the same with William Walsh, personally, being a Asian male, approximately 21 years old, 5'7, 180lbs, with black hair and glasses.

_____
JEFFREY LEVY

SUBSCRIBED AND SWORN to before me on: December 14 2023

_____
Floyd B. Dean IV
NOTARY PUBLIC in and for the State
of Maryland residing at: Baltimore
My commission expires: 05/14/2025

Service Fees:
Ferry tolls:
Travel:
SSA:
Bad Address:
Aff./Notary Fee:
Special Fee:
Wait:

TOTAL  $(see invoice)

FLOYD B. DEAN IV
NOTARY PUBLIC
BALTIMORE CITY COUNTY
MARYLAND
My Commission Expires 05-14-2025