UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al., | NO. 2:23-cv-01879-JLR |
| Plaintiff(s), | AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF. |
| Vs. | |
| DOES 1-20, unknown parties doing business as "REKK,"; et al., | |
| Defendant(s). | |

STATE OF CALIFORNIA     )
                                                ) ss.
COUNTY OF LOS ANGELES )

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of California, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 6:27 P.M. on December 13th, 2023, at 655 Kelton Avenue, Apartment 114, Los Angeles, California, I duly served the above-described documents in the above-described matter upon Zachary Iguelmamene, by then and there personally delivering a true and correct copy thereof by leaving the same with John Doe, roommate and resident of suitable age and discretion and co-resident, being a Caucasian male, approximately 20 to 30 years old, 5'8, 160lbs and with black hair, who confirmed that they both reside here.

Page 1 of 2

United States District Court for the Western District of Washington
Amazon.com, Inc.; et al., Vs. DOES 1-20; et al.,
Case No. 2:23-cv-10879-JLR

_____
PRADIP KISSOONDYAL LOS ANGELES CO. 2012234986

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

| Service Fees: | |
|---|---|
| Ferry tolls: | State of California |
| Travel: | |
| SSA: | County of <u>LOS ANGELES</u> |
| Trace: | Subscribed and sworn to (or affirmed) before me on this 22nd day |
| Bad Address: | of Dec., 2023, by Pradip |
| Aff./Notary Fee: | Kissoondyal, proved to me on the basis |
| Special Fee: | of satisfactory evidence to be the person(s) who appeared before me. |
| Wait: | |
| TOTAL $(see invoice) | Signature _____ [Seal] |

BRUCE J. ANDERSON
Notary Public - California
Los Angeles County
Commission # 2460705
My Comm. Expires Aug 24, 2027

Page 2 of 2

United States District Court for the Western District of Washington
Amazon.com, Inc.; et al., Vs. DOES 1-20; et al.,
Case No. 2:23-cv-10879-JLR