UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al., | NO. 2:23-cv-01879-JLR |
| Plaintiff(s), | AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF. |
| Vs. | |
| DOES 1-20, unknown parties doing business as "REKK,"; et al., | |
| Defendant(s). | |

STATE OF NEW JERSEY   )
                                      ) ss.
COUNTY OF BERGEN    )

The undersigned, being first duly sworn, on oath states:

    That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of New Jersey, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

    That at 8:49 A.M. on December 26th, 2023, at 153 Burgess Place, Apartment 2, Passaic, New Jersey, I duly served the above-described documents in the above-described matter upon Alejandro Taveras, by then and there personally delivering a true and correct copy thereof by leaving the same with Ms. Claros, sister in law and resident of suitable age and discretion and co-resident, being a Hispanic female, approximately 35 years old, 5'4, 185 lbs and with black hair, who confirmed that they both reside here.

_____
GLADIMAR ROBLES

Service Fees:
Ferry tolls:
Travel:
SSA:
Bad Address:
Aff./Notary Fee:
Special Fee:

_____
TOTAL   S(see invoice)

SUBSCRIBED AND SWORN to before me on: December 29, 2023

_____
NOTARY PUBLIC in and for the State
of New Jersey residing at: Bergen County
My commission expires: MAY 8th 2028



Joselina D. Pena
NOTARY PUBLIC
State of New Jersey
ID # 50209770
My Commission Expires
May 08, 2028



Joselina D. Pena
NOTARY PUBLIC
State of New Jersey
# 50209770
My Commission Expires
May 08, 2028