UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al.,<br><br>                                 Plaintiff(s),<br>Vs.<br><br>DOES 1-20, unknown parties doing business as "REKK,"; et al.,<br><br>                                 Defendant(s). | NO. 2:23-cv-01879-JLR<br><br>AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF. |

STATE OF TENNESSEE      )
                                  ) ss.
COUNTY OF HAMILTON   )

The undersigned, being first duly sworn, on oath states:

    That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Tennessee, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

    That at 3:49 P.M. on December 13th, 2023, at 5902 Stonewall Drive, Harrison, Tennessee, I duly served the above-described documents in the above-described matter upon Noah Page, by then and there personally delivering a true and correct copy thereof by leaving the same with Cynthia Scoggins, grandmother and resident of suitable age and discretion and co-resident, being a Caucasian female, approximately 60 years old, 5'2, 130lbs and with platinum hair, who confirmed that they both reside here.

_____
*Kimberly Skeel* (signature)
KIMBERLY SKEEL

Service Fees:
Ferry tolls:           SUBSCRIBED AND SWORN to before me on: 1/24/24
Travel:
SSA:
Bad Address:
Aff./Notary Fee:              _____
Special Fee:                NOTARY PUBLIC in and for the State
Wait:                      of Tennessee residing at: _____.
                              My commission expires: 8/20/26.

TOTAL  $(see invoice)

Leslie Grace Pennington
Notary Public, ID KYNP56361
State at Large, Kentucky
My Commission Expires on Aug. 20, 2026