UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al.,<br><br>                                  Plaintiff(s),<br><br>Vs.<br><br>DOES 1-20, unknown parties doing business as "REKK,"; et al.,<br><br>                                  Defendant(s). | NO.  2:23-cv-01879-JLR<br><br>DECLARATION OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF. |

STATE OF OREGON
COUNTY OF MULTNOMAH

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Oregon, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 7:50 P.M. on December 18th, 2023, at 19260 Southwest Rosedale Court, Beaverton, Oregon, I duly served the above-described documents in the above-described matter upon Oscar Pineda, by then and there personally delivering a true and correct copy thereof by leaving the same with Nigelly Pineda, daughter and resident of suitable age and discretion and co-resident, who confirmed that they both reside here.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Portland, OR, on  12-27-23

Service Fees:
Travel:
SSA:
Bad Address:
Aff./Notary Fee:
Special Fee:
Wait: _____

TOTAL $ (see invoice)

_____
LISA CARTER