UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., et a.,

                         Plaintiffs,

      v.

DOES 1-20, et al.,

                         Defendants.

CASE NO. C23-1879JLR

ORDER OF DEFAULT

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc., (collectively, "Plaintiffs") Motion for Entry of Default (the "Motion") against Defendants Brandon Sukhram, Alejandro Taveras, Dylan Hinz, Noah Page and Skylar Robinson ("Defendants").

The Court, having considered the Motion, the governing law, and being fully advised, finds that Defendants have not filed a responsive pleading to Plaintiffs' Complaint (Dkt. [1]), which they were required to do as follows: Defendant Brandon Sukhram was required to respond to the Complaint by January 3, 2024; Defendant Alejandro Taveras was required to respond by January 16, 2024; Defendant Dylan Hinz was required to respond by January 8, 2024; Defendant Noah Page was required to

respond by January 3, 2024; and Defendant Skylar Robinson was required to respond by January 5, 2024, all in accordance with Federal Rule of Civil Procedure 12(a)(1)(A)(i).

Accordingly, it is hereby ORDERED that Defendants Brandon Sukhram, Alejandro Taveras, Dylan Hinz, Noah Page and Skylar Robinson are in default.

Filed and entered this 31st day of January, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

ORDER OF DEFAULT - 2