1

2

3

4

5

6

7

8

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

AMAZON.COM, INC., a Delaware corporation,
AMAZON.COM SERVICES LLC, a Delaware
limited liability company, and AMAZON
TECHNOLOGIES, INC., a Nevada corporation,

Plaintiffs,

v.

Does 1-20, unknown parties doing business as
"REKK," and the following individuals: Oscar
Pineda, Janiyah Alford, Noah Page, Skylar
Robinson, William Walsh, Luke Colvin,
Alejandro Taveras, Andrew Ling, Brandon
Sukhram, Charalampos Gkatzoulas, Cosmin
Sopca, Dylan Hinz, Eric Niezabytowski, Graham
Ferguson, Ivona Brazovskaja, James Garofalo,
Jenny Tran, Johanes Kessel, Jorge Correa, Josh
Davis, Karcper Niepogoda, Olaf Booij, Ryan
Bates, Sai Charan Beeravelli, Simone Antonio
Figura, Zachary Iguelmamene, and Zoha Ahmed,

Defendants.

No. 2:23-cv-01879-JLR

STIPULATED PERMANENT
INJUNCTION AS TO
DEFENDANT ZACHARY
IGUELMAMENE AND
~~PROPOSED~~ ORDER

NOTED FOR CONSIDERATION:
February 15, 2024

*Without Oral Argument*

24

25

26

27

## **STIPULATION**

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies,

Inc. (together, "Amazon"), and Defendant Zachary Iguelmamene ("Iguelmamene") and

(collectively "Settling Parties"), by and through Amazon's respective counsel of record and by

STIPULATED PERMANENT INJUNCTION (23-cv-01879-JLR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Iguelmamene's pro-se representation, notify the Court that the Settling Parties have reached a

2  settlement of all claims between them in this matter.  Pursuant to the terms of that settlement, the

3  Settling Parties stipulate and agree to entry of the permanent injunction below.

4  //

5  //

6  //

7  //

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1    DATED this __15th__ day of February, 2024.

2

3    Davis Wright Tremaine LLP                  *Defendant*
     *Attorneys for Plaintiffs Amazon.com*

4
                                                DocuSigned by:
5    By *s/Bonnie MacNaughton*                  By *s/* _Zachary Iguelmamene_
     Bonnie MacNaughton, WSBA #36110            DEBF47F97B744D1...
6    Tim Cunningham, WSBA #50224                Zachary Iguelmamene
     Melina Garcia, WSBA #58036                 Phone: 408-913-5640
7    920 Fifth Avenue, Suite 3300               Email: zacharyiguelmamene@gmail.com
     Seattle, WA 98104-1610
8    Phone: 206-622-3150
     Fax: 206-757-7700
9    Email: bonniemacnaughton@dwt.com
             timcunningham@dwt.com
10           melinagarcia@dwt.com

11

12

13                      **<u>PERMANENT INJUNCTION</u>**

14          Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that

15   Defendant Zachary Iguelmamene, and his respective employees, agents, successors and assigns,

16   and all others in active concert or participation with him, are permanently enjoined and

17   restrained from:

18          1.      Accessing and using, whether directly or indirectly via a third party, intermediary,

19   or proxy, Amazon.com, or any other Amazon online store around the world.

20          2.      Exploiting or abusing Amazon's ordering or return services;

21          3.      Making false statements or misrepresentations to Amazon;

22          4.      Engaging in any activity that defrauds Amazon into paying money or providing

23   replacement products for illegitimate returns;

24          5.      Engaging in any scheme or malicious activity that interacts with Amazon; and

25          6.      Knowingly and materially assisting or engaging any other person or business

26   entity in engaging in or performing any of the activities listed above.

27

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1    The Court shall retain continuing jurisdiction over this matter for the limited purposes of

2  enforcing the terms of the Settling Parties' settlement agreement and this Stipulated Permanent

3  Injunction.

4       IT IS SO ORDERED.

5       DATED: February 15, 2024.

6

7       _____
        The Honorable James L. Robart
8       UNITED STATES SENIOR DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED PERMANENT INJUNCTION (23-cv-01879-JLR) - 4