The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Does 1-20, unknown parties doing business as "REKK," and the following individuals: Oscar Pineda, Janiyah Alford, Noah Page, Skylar Robinson, William Walsh, Luke Colvin, Alejandro Taveras, Andrew Ling, Brandon Sukhram, Charalampos Gkatzoulas, Cosmin Sopca, Dylan Hinz, Eric Niezabytowski, Graham Ferguson, Ivona Brazovskaja, James Garofalo, Jenny Tran, Johanes Kessel, Jorge Correa, Josh Davis, Karcper Niepogoda, Olaf Booij, Ryan Bates, Sai Charan Beeravelli, Simone Antonio Figura, Zachary Iguelmamene, and Zoha Ahmed,<br><br>Defendants. | No. 2:23-cv-01879-JLR<br><br>STIPULATED PERMANENT INJUNCTION AS TO DEFENDANT OSCAR PINEDA AND ~~PROPOSED~~ ORDER<br><br>NOTED FOR CONSIDERATION: February 20, 2024<br><br>*Without Oral Argument* |

## **STIPULATION**

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc. (together, "Amazon"), and Defendant Oscar Pineda ("Pineda") and (collectively "Settling Parties"), by and through Amazon's respective counsel of record and by Pineda's pro-se

STIPULATED PERMANENT INJUNCTION (23-cv-01879-JLR) - 1

1  representation, notify the Court that the Settling Parties have reached a settlement of all claims
2  between them in this matter.  Pursuant to the terms of that settlement, the Settling Parties
3  stipulate and agree to entry of the permanent injunction below.
4  //
5  //
6  //
7  //

STIPULATED PERMANENT INJUNCTION (23-cv-01879-JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 15th day of February, 2024.

| | |
|---|---|
| Davis Wright Tremaine LLP<br>*Attorneys for Plaintiffs Amazon.com*<br><br>By *s/Bonnie MacNaughton*<br>Bonnie MacNaughton, WSBA #36110<br>Tim Cunningham, WSBA #50224<br>Melina Garcia, WSBA #58036<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Phone: 206-622-3150<br>Fax: 206-757-7700<br>Email: bonniemacnaughton@dwt.com<br>           timcunningham@dwt.com<br>           melinagarcia@dwt.com | *Defendant*<br><br>By *s/* *Oscar Pineda* (DocuSigned)<br>Oscar Pineda<br>Phone: 971-506-6642<br>Email: oscaropineda06@gmail.com |

## PERMANENT INJUNCTION

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendant Oscar Pineda, and his respective employees, agents, successors and assigns, and all others in active concert or participation with him, are permanently enjoined and restrained from:

1.   Accessing and using, whether directly or indirectly via a third party, intermediary, or proxy, Amazon.com, or any other Amazon online store around the world;

2.   Being employed by Amazon;

3.   Exploiting or abusing Amazon's ordering or return services;

4.   Making false statements or misrepresentations to Amazon;

5.   Engaging in any activity that defrauds Amazon into paying money or providing replacement products for illegitimate returns;

6.   Engaging in any scheme or malicious activity that interacts with Amazon; and

7.   Knowingly and materially assisting or engaging any other person or business entity in engaging in or performing any of the activities listed above.

STIPULATED PERMANENT INJUNCTION (23-cv-01879-JLR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

The Court shall retain continuing jurisdiction over this matter for the limited purposes of enforcing the terms of the Settling Parties' settlement agreement and this Stipulated Permanent Injunction.

IT IS SO ORDERED.

DATED: February 21, 2024

_____
The Honorable James L. Robart
UNITED STATES SENIOR DISTRICT JUDGE

STIPULATED PERMANENT INJUNCTION (23-cv-01879-JLR) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax