UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., et al.,

Plaintiffs,

v.

DOES 1-20, et al.,

Defendants.

CASE NO. C23-1879JLR

ORDER

Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendant with a summons and a copy of the plaintiff's complaint and sets forth the specific requirements for doing so. *See* Fed. R. Civ. P. 4. Rule 4(m), which provides the timeframe in which service must be effectuated, states in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

1  *Id.*  Here, Plaintiff has failed to serve Defendants Does 1-20, Luke Colvin, Andrew Ling,

2  Charalampos Gkatzoulas, Cosmin Sopca, Jenny Tran, Johanes Kessel, Josh Davis,

3  Karcper Niepogoda, Olaf Booij, and Ryan Bates with a summons and a copy of

4  Plaintiff's complaint within the timeframe provided in Rule 4(m).

5        Accordingly, the court ORDERS Plaintiff to SHOW CAUSE within ten (10) days

6  of the date of this order why Defendants Does 1-20, Luke Colvin, Andrew Ling,

7  Charalampos Gkatzoulas, Cosmin Sopca, Jenny Tran, Johanes Kessel, Josh Davis,

8  Karcper Niepogoda, Olaf Booij, and Ryan Bates should not be dismissed for failure to

9  comply with Rule 4(m).  If Plaintiff does not demonstrate good cause for the failure, the

10 court will dismiss the action without prejudice.

11       Dated this 5th day of April, 2024.

 

                                             JAMES L. ROBART
                                             United States District Judge

ORDER - 2