UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>      Plaintiffs,<br><br> v.<br><br>DOES 1-20, et al.,<br><br>      Defendants. | CASE NO. C23-1879JLR<br><br>ORDER |

Before the court is Plaintiffs' response to the court's April 5, 2024 order to show cause why this matter should not be dismissed as to the unserved Defendants pursuant to Federal Rule of Civil Procedure 4(m).  (OSC (Dkt. # 63); OSC Resp. (Dkt. # 73).) Plaintiffs represent that they (1) have served and/or resolved their claims against 15 of the 27 named Defendants; (2) were granted entry of default against five named Defendants; (3) have initiated service on four E.U.-based named Defendants under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents; (4) are dismissing one United States-based named Defendant; and (5) anticipate completing

ORDER - 1

service on the two remaining United States-based named Defendants within 30 days. (OSC Resp. at 2-3; Garcia Decl. (Dkt. # 74) ¶¶ 2-7.)  Plaintiffs further represent that they are conducting discovery to identify the unnamed Defendants and anticipate amending their complaint to name one or more of these Defendants within 45 days.  (OSC Resp at 3-4; Garcia Decl. ¶ 8.)

The court is satisfied that Plaintiffs are diligently working toward identifying and serving the remaining unserved Defendants.  Accordingly, the court DISCHARGES its order to show cause (Dkt. # 63).  Plaintiffs are ORDERED to file a report regarding the status of their efforts to identify and/or serve the remaining unserved Defendants by no later than **June 17, 2024**, and every 60 days thereafter.

Dated this 16th day of April, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2