The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,

    Plaintiffs,

  v.

Does 1-20, unknown parties doing business as "REKK," and the following individuals: Oscar Pineda, Janiyah Alford, Noah Page, Skylar Robinson, William Walsh, Luke Colvin, Alejandro Taveras, Andrew Ling, Brandon Sukhram, Charalampos Gkatzoulas, Cosmin Sopca, Dylan Hinz, Eric Niezabytowski, Graham Ferguson, Ivona Brazovskaja, James Garofalo, Jenny Tran, Johanes Kessel, Jorge Correa, Josh Davis, Karcper Niepogoda, Olaf Booij, Ryan Bates, Sai Charan Beeravelli, Simone Antonio Figura, Zachary Iguelmamene, and Zoha Ahmed,

    Defendants.

No. 2:23-cv-01879-JLR

**STIPULATION AND [PROPOSED] ORDER TO SET ASIDE ENTRY OF DEFAULT**

NOTED FOR CONSIDERATION:
April 18, 2024

*Without Oral Argument*

    Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc. (together, "Amazon"), and Defendant Dylan Hinz ("Hinz") and (collectively "Settling Parties"), by and through Amazon's respective counsel of record and by Hinz's pro-se representation, notify the Court that the Settling Parties have reached a settlement of all claims

STIPULATION TO SET ASIDE DEFAULT
(2:23-cv-01879-JLR) - 1

between them in this matter.  Pursuant to the terms of that settlement, the Settling Parties hereby move the Court for an Order setting aside the Order of Default, Dkt. 27, as to Defendant Hinz. The Settling Parties intend to file an additional stipulated motion and then move to terminate Defendant Hinz.

DATED this ___18th___ day of April, 2024.

Davis Wright Tremaine LLP
*Attorneys for Plaintiffs*

By *s/ Melina Garcia*
Bonnie MacNaughton, WSBA #36110
Tim Cunningham, WSBA #50224
Melina Garcia, WSBA #58036
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: 206-622-3150
Fax: 206-757-7700
Email: bonniemacnaughton@dwt.com
       timcunningham@dwt.com
       melinagarcia@dwt.com

*Defendant*

By *s/* [DocuSigned signature]
Dylan Hinz
Phone: 216-374-9368
Email: Dylansglow@gmail.com

IT IS SO ORDERED.

DATED: __April 18,__, 2024.

_____
The Honorable James L. Robart
UNITED STATES SENIOR DISTRICT JUDGE

STIPULATION TO SET ASIDE DEFAULT
(2:23-cv-01879-JLR) - 2