The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>          Plaintiffs,<br><br>   v.<br><br>Does 1-20, unknown parties doing business as "REKK," and the following individuals: Oscar Pineda, Janiyah Alford, Noah Page, Skylar Robinson, William Walsh, Luke Colvin, Alejandro Taveras, Andrew Ling, Brandon Sukhram, Charalampos Gkatzoulas, Cosmin Sopca, Dylan Hinz, Eric Niezabytowski, Graham Ferguson, Ivona Brazovskaja, James Garofalo, Jenny Tran, Johanes Kessel, Jorge Correa, Josh Davis, Karcper Niepogoda, Olaf Booij, Ryan Bates, Sai Charan Beeravelli, Simone Antonio Figura, Zachary Iguelmamene, and Zoha Ahmed,<br><br>          Defendants. | No. 2:23-cv-01879-JLR<br><br>STIPULATED PERMANENT INJUNCTION AS TO DEFENDANT DYLAN HINZ AND ~~PROPOSED~~ ORDER<br><br>NOTED FOR CONSIDERATION: April 18, 2024<br><br>*Without Oral Argument* |

## **STIPULATION**

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc. (together, "Amazon"), and Defendant Dylan Hinz ("Hinz") and (collectively "Settling Parties"), by and through Amazon's respective counsel of record and by Hinz's pro-se

STIPULATED PERMANENT INJUNCTION
AS TO DEFENDANT HINZ
 (23-cv-01879-JLR) - 1

1   representation, notify the Court that the Settling Parties have reached a settlement of all claims

2   between them in this matter.  Pursuant to the terms of that settlement, the Settling Parties

3   stipulate and agree to entry of the permanent injunction below.

4   //

5   //

6   //

7   //

STIPULATED PERMANENT INJUNCTION
AS TO DEFENDANT HINZ
 (23-cv-01879-JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1    DATED: 4/18/2024                    .

2

3    Davis Wright Tremaine LLP                    *Defendant*
     *Attorneys for Plaintiffs*

4

5    By *s/ Melina Garcia*                        By *s/*
     Bonnie MacNaughton, WSBA #36110              Dylan Hinz

6    Tim Cunningham, WSBA #50224                  Phone: 216-374-9368
     Melina Garcia, WSBA #58036                   Email: Dylansglow@gmail.com

7    920 Fifth Avenue, Suite 3300
     Seattle, WA 98104-1610

8    Phone: 206-622-3150
     Fax: 206-757-7700

9    Email: bonniemacnaughton@dwt.com
            timcunningham@dwt.com

10          melinagarcia@dwt.com

11

12

13                         **PERMANENT INJUNCTION**

14          Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that

15   Defendant Dylan Hinz, and his respective employees, agents, successors and assigns, and all

16   others in active concert or participation with him, are permanently enjoined and restrained from:

17          1.      Accessing and using, whether directly or indirectly via a third party, intermediary,

18   or proxy, Amazon.com, or any other Amazon online store around the world;

19          2.      Exploiting or abusing Amazon's ordering or return services;

20          3.      Making false statements or misrepresentations to Amazon;

21          4.      Engaging in any activity that defrauds Amazon into paying money or providing

22   replacement products for illegitimate returns;

23          5.      Engaging in any scheme or malicious activity that interacts with Amazon; and

24          6.      Knowingly and materially assisting or engaging any other person or business

25   entity in engaging in or performing any of the activities listed above.

26

27

STIPULATED PERMANENT INJUNCTION
AS TO DEFENDANT HINZ
 (23-cv-01879-JLR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1   The Court shall retain continuing jurisdiction over this matter for the limited purposes of

2   enforcing the terms of the Settling Parties' settlement agreement and this Stipulated Permanent

3   Injunction.

4   IT IS SO ORDERED.

5   DATED: _____April 18_____, 2024.

6

7

8   _____

9   The Honorable James L. Robart
    UNITED STATES SENIOR DISTRICT JUDGE

STIPULATED PERMANENT INJUNCTION
AS TO DEFENDANT HINZ
 (23-cv-01879-JLR) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax