The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Does 1-20, unknown parties doing business as "REKK," and the following individuals: Oscar Pineda, Janiyah Alford, Noah Page, Skylar Robinson, William Walsh, Luke Colvin, Alejandro Taveras, Andrew Ling, Brandon Sukhram, Charalampos Gkatzoulas, Cosmin Sopca, Dylan Hinz, Eric Niezabytowski, Graham Ferguson, Ivona Brazovskaja, James Garofalo, Jenny Tran, Johanes Kessel, Jorge Correa, Josh Davis, Karcper Niepogoda, Olaf Booij, Ryan Bates, Eric Niezabytowski, Simone Antonio Figura, Zachary Iguelmamene, and Zoha Ahmed,<br><br>Defendants. | No. 2:23-cv-01879-JLR<br><br>STIPULATED DISMISSAL WITH PREJUDICE OF DEFENDANT DYLAN HINZ<br><br>NOTED FOR CONSIDERATION:<br>April 22, 2024<br><br>*Without Oral Argument* |

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc. (together, "Amazon"), and Defendant Dylan Hinz, by and through Amazon's respective counsel of record and by Dylan Hinz's pro-se representation, hereby stipulate and agree that

STIPULATED DISMISSAL OF
DEFENDANT HINZ - 1
(NO. 2:23-CV-01879-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

1  this action and all claims in this action as to Defendant Dylan Hinz are hereby dismissed with

2  prejudice and without attorneys' fees and costs to any party.  This dismissal shall not affect

3  plaintiffs' claims against other defendants in this action.

DATED: 4/22/2024 _____

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

By *s/ Melina E. Garcia*
Bonnie MacNaughton, WSBA #36110
Tim Cunningham, WSBA #50224
Melina Garcia, WSBA #58036
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-622-3150
Fax: 206-757-7700
E-mail:
bonniemacnaughton@dwt.com
timcunningham@dwt.com
melinagarcia@dwt.com

*Defendant*

By *s/* [DocuSigned signature]
Dylan Hinz
Phone: 216-374-9368
Email: Dylansglow@gmail.com

STIPULATED DISMISSAL OF
DEFENDANT HINZ - 2
(NO. 2:23-CV-01879-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax