UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>                Plaintiffs,<br>   v.<br><br>DOES 1-20, et al.,<br><br>                Defendants. | CASE NO. C23-1879JLR<br><br>MINUTE ORDER |

THIS MATTER came before the court on Plaintiffs Amazon.com, Inc.'s, Amazon.com Services LLC's, and Amazon Technologies, Inc.'s, (collectively, "Plaintiffs") Motion for Entry of Default (the "Motion") against Defendant Ryan Bates ("Defendant").

The Court, having considered the Motion, the governing law, and being fully advised, finds that Defendant has not filed a responsive pleading to Plaintiffs' Complaint (Dkt. # 1), which he was required to do on May 6, 2024, in accordance with the Federal Rules of Civil Procedure 12(a)(1)(A)(ii).

MINUTE ORDER - 1

1 | Accordingly, it is hereby ORDERED that Defendant Ryan Bates is in default.

2 | Filed and entered this 16th day of May, 2024.

                                            RAVI SUBRAMANIAN
                                            Clerk of Court

                                            s/ Ashleigh Drecktrah
                                            Deputy Clerk

MINUTE ORDER - 2