# EXHIBIT C

1                     **Vouches Tied to Domantas Radeckas**

2         1.      Amazon identified IP addresses located in Lithuania that were used to access

3 Amazon accounts associated with Radeckas, as well as other accounts connected to the REKK

4 scheme that obtained fraudulent concessions.  The concessions tied to Radeckas's IP addresses

5 include high-value items such as Lego items, Apple laptops, and Ring cameras that were

6 commonly targeted by REKK.  Amazon also compared these refunded order IDs to vouches

7 posted on the REKK Telegram channel and located multiple matches, confirming that

8 Radeckas's IP address was directly associated with accounts that obtained (and publicly

9 promoted) fraudulent refunds.  Details of these vouches, along with the screenshots posted to

10 REKK's Telegram channel, are detailed below.

11         2.      For example, on June 7, 2023, REKK accessed an Amazon account from an IP

12 address associated with Domantas Radeckas and obtained a refund for an Apple iPhone 14 Pro

13 Max for 4,197.00 Euros.  A vouch for this refund was posted on REKK's Telegram account, a

14 screenshot of which is below.



26         3.      On May 11, 2023, REKK accessed an Amazon account from an IP address

27 associated with Domantas Radeckas and obtained a refund for an Apple 2022 11-inch iPad Pro

1   for CAD 2,470.74.  A vouch for this refund was posted on REKK's Telegram account, a

2   screenshot of which is below.

3

4

5

6

7

8

9       4.      On June 8, 2023, REKK accessed an Amazon account from an IP address

10  associated with Domantas Radeckas and obtained a refund for a Google Pixel 7 Pro 5G for CAD

11  3,390.56.  A vouch for this refund was posted on REKK's Telegram account, a screenshot of

12  which is below.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27



2

1    5.    On August 7, 2023, REKK accessed an Amazon account from an IP address

2    associated with Domantas Radeckas and obtained a refund for an Apple iPad Pro 11-inch (4th

3    Generation) for CAD 1,231.38.  A vouch for this refund was posted on REKK's Telegram

4    account, a screenshot of which is below.

