The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Does 1-20, unknown parties doing business as "REKK," and the following individuals: Domantas Radeckas, Noah Page, Skylar Robinson, Luke Colvin, Alejandro Taveras, Andrew Ling, Brandon Sukhram, Cosmin Sopca, Jenny Tran, Olaf Booij, and Ryan Bates,<br><br>Defendants. | No. 2:23-cv-01879-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' SECOND MOTION FOR EXPEDITED DISCOVERY<br><br>NOTE ON MOTION CALENDAR: June 25, 2024 |

This matter comes before the Court on Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc.'s (together, "Amazon"), Second Motion for Expedited Discovery related to discovering the identities of Defendants Does 1-20, unknown parties doing business as "REKK" and "DIVO." Having reviewed the Complaint, the

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' SECOND
MOTION FOR EXPEDITED DISCOVERY - 1
(2:21-cv-1879- JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

Amended Complaint, and the papers filed in connection with this matter, the Court finds good cause to grant Amazon leave to conduct expedited discovery as follows:

Amazon is granted leave, prior to the Rule 26(f) conference, to serve Rule 45 subpoenas on the following companies solely for the purpose of obtaining account information that may help identify Defendants:

a) <u>Microsoft Corporation</u>  (a company that administered the Outlook email address linked to the method Defendants used to accept payment for their services as alleged in Amazon's Amended Complaint);

b) <u>PayPal, Inc.</u> (a company through which Defendants accepted payment for their services as alleged in Amazon's Amended Complaint);

c) <u>Google LLC</u> (a company that administered the Gmail email addresses linked to Defendant Domantas Radeckas, as alleged in Amazon's Amended Complaint);

d) <u>Yahoo Inc.</u> (a company that administered the Yahoo email addresses linked to Defendant Domantas Radeckas, as alleged in Amazon's Amended Complaint).

Amazon is also granted leave, prior to the Rule 26(f) conference, to serve additional Rule 45 subpoenas on the above listed companies and other companies or individuals (e.g., banks, credit card companies, internet service providers, etc.) that may be discovered from the information possessed by the companies identified in the previous paragraph, and which could reasonably lead to the discovery or confirmation of Defendants' identities.

DATED this 26th day of June, 2024.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' SECOND
MOTION FOR EXPEDITED DISCOVERY - 2
(2:21-cv-1879-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

By *s/ Macaulay Ivory*
    Bonnie E. MacNaughton, WSBA #36110
    Tim Cunningham, WSBA #50244
    Melina E. Garcia, WSBA #58036
    Macaulay W. Ivory, WSBA #57858
    Christine N. McFadden, WSBA #60126
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: 206-622-3150
    bonniemacnaughton@dwt.com
    timcunningham@dwt.com
    melinagarcia@dwt.com
    macaulayivory@dwt.com
    christinemcfadden@dwt.com

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' SECOND MOTION FOR EXPEDITED DISCOVERY - 3
(2:21-cv-1879-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax