The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Does 1-20, unknown parties doing business as "REKK," and the following individuals: Domantas Radeckas, Noah Page, Skylar Robinson, Luke Colvin, Alejandro Taveras, Andrew Ling, Brandon Sukhram, Cosmin Sopca, Jenny Tran, Olaf Booij, and Ryan Bates,<br><br>Defendants. | No. 2:23-cv-01879-JLR<br><br>STIPULATED PERMANENT INJUNCTION AS TO DEFENDANT CHARALAMPOS GKATZOULAS AND ~~PROPOSED~~ ORDER<br><br>NOTED FOR CONSIDERATION: July 8, 2024<br>*without oral argument* |

## **STIPULATION**

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc. (together, "Amazon"), and Defendant Charalampos Gkatzoulas ("Gkatzoulas") and (collectively "Settling Parties"), by and through Amazon's and Gkatzoulas's respective counsel of record, notify the Court that the Settling Parties have reached a settlement of all claims

STIPULATED PERMANENT INJUNCTION (23-cv-01879-JLR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

between them in this matter.  Pursuant to the terms of that settlement, the Settling Parties stipulate and agree to entry of the permanent injunction below.

//

//

//

//

STIPULATED PERMANENT INJUNCTION (23-cv-01879-JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 8th day of July, 2024.

Davis Wright Tremaine LLP
*Attorneys for Plaintiffs*

By *s/ Tim Cunningham*
   Bonnie MacNaughton, WSBA #36110
   Tim Cunningham, WSBA #50224
   Melina Garcia, WSBA #58036
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1610
   Phone:  206-622-3150
   Fax:  206-757-7700
   Email:  bonniemacnaughton@dwt.com
           timcunningham@dwt.com
           melinagarcia@dwt.com

Charalampos Gkatzoulas
*Pro Se, Defendant* Charalampos Gkatzoulas

By *s/ Charalampos Gkatzoulas*
   Charalampos Gkatzoulas
   Perevou Xristoforou 26
   Athens, Ano Liosia, Greece 11341
   Email:  kostaskillerpao13@gmail.com

## **PERMANENT INJUNCTION**

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendant Charalampos Gkatzoulas, and his respective employees, agents, successors and assigns, and all others in active concert or participation with him, are permanently enjoined and restrained from:

1. Accessing and using, whether directly or indirectly via a third party, intermediary, or proxy, Amazon.com, or any other Amazon online store around the world;

2. Exploiting or abusing Amazon's ordering or return services;

3. Making false statements or misrepresentations to Amazon;

4. Engaging in any activity that defrauds Amazon into paying money or providing replacement products for illegitimate returns;

5. Engaging in any scheme or malicious activity that interacts with Amazon; and

6. Knowingly and materially assisting or engaging any other person or business entity in engaging in or performing any of the activities listed above.

STIPULATED PERMANENT INJUNCTION (23-cv-01879-JLR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

The Court shall retain continuing jurisdiction over this matter for the limited purposes of enforcing the terms of the Settling Parties' settlement agreement and this Stipulated Permanent Injunction.

IT IS SO ORDERED.

DATED: July 9, 2024.

_____
The Honorable James L. Robart
UNITED STATES SENIOR DISTRICT JUDGE

STIPULATED PERMANENT INJUNCTION (23-cv-01879-JLR) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax