The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Does 1-20, unknown parties doing business as "REKK," and the following individuals: Domantas Radeckas, Noah Page, Skylar Robinson, Luke Colvin, Alejandro Taveras, Andrew Ling, Brandon Sukhram, Cosmin Sopca, Jenny Tran, Olaf Booij, and Ryan Bates,<br><br>Defendants. | No. 2:23-cv-01879-JLR<br><br>STIPULATED PERMANENT INJUNCTION AS TO DEFENDANT JENNY TRAN AND ~~PROPOSED~~ ORDER<br><br>NOTED FOR CONSIDERATION: September 26, 2024<br><br>*Without Oral Argument* |

## STIPULATION

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc. (together, "Amazon"), and Defendant Jenny Tran ("Tran") and (collectively "Settling Parties"), by and through Amazon's respective counsel of record and by Tran's pro-se representation, notify the Court that the Settling Parties have reached a settlement of all claims between them in this matter. Pursuant to the terms of that settlement, the Settling Parties stipulate and agree to entry of the permanent injunction below.

STIPULATED PERMANENT INJUNCTION (23-cv-01879-JLR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 26th day of September, 2024.

| | |
|---|---|
| Davis Wright Tremaine LLP<br>*Attorneys for Plaintiffs Amazon.com* | Jenny Tran<br>*Pro Se, Defendant* Jenny Tran |
| By *s/ Bonnie MacNaughton*<br>    Bonnie MacNaughton, WSBA #36110<br>    Tim Cunningham, WSBA #50224<br>    Melina Garcia, WSBA #58036<br>    920 Fifth Avenue, Suite 3300<br>    Seattle, WA 98104-1610<br>    Phone:  206-622-3150<br>    Fax:  206-757-7700<br>    Email:  bonniemacnaughton@dwt.com<br>            timcunningham@dwt.com<br>            melinagarcia@dwt.com | By *s/ Jenny Tran*<br>    Jenny Tran<br>    82 Commercial Way<br>    London, United Kingdom SE15 5GH<br>    Email:  ennytran01_@hotmail.com |

## **PERMANENT INJUNCTION**

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendant Jenny Tran, and her respective employees, agents, successors and assigns, and all others in active concert or participation with her, are permanently enjoined and restrained from:

1. Accessing and using, whether directly or indirectly via a third party, intermediary, or proxy, Amazon.com, or any other Amazon online store around the world.

2. Exploiting or abusing Amazon's ordering or return services;

3. Making false statements or misrepresentations to Amazon;

4. Engaging in any activity that defrauds Amazon into paying money or providing replacement products for illegitimate returns;

5. Engaging in any scheme or malicious activity that interacts with Amazon; and

6. Knowingly and materially assisting or engaging any other person or business entity in engaging in or performing any of the activities listed above.

STIPULATED PERMANENT INJUNCTION (23-cv-01879-JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

The Court shall retain continuing jurisdiction over this matter for the limited purposes of enforcing the terms of the Settling Parties' settlement agreement and this Stipulated Permanent Injunction.

IT IS SO ORDERED.

DATED: September 29, 2024.

_____
The Honorable James L. Robart
UNITED STATES SENIOR DISTRICT JUDGE

STIPULATED PERMANENT INJUNCTION (23-cv-01879-JLR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax