The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Does 1-20, unknown parties doing business as "REKK," and the following individuals: Domantas Radeckas, Noah Page, Skylar Robinson, Luke Colvin, Alejandro Taveras, Andrew Ling, Brandon Sukhram, Cosmin Sopca, Jenny Tran, Olaf Booij, and Ryan Bates,<br><br>Defendants. | No. 2:23-cv-01879-JLR<br><br>STIPULATED PERMANENT INJUNCTION AS TO DEFENDANT OLAF BOOIJ AND ~~PROPOSED~~ ORDER<br><br>NOTED FOR CONSIDERATION: October 10, 2024<br><br>*Without Oral Argument* |

## **STIPULATION**

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc. (together, "Amazon"), and Defendant Olaf Booij ("Booij") and (collectively "Settling Parties"), by and through Amazon's and Booij's respective counsel of record, notify the Court that the Settling Parties have reached a settlement of all claims between them in this matter. Pursuant to the terms of that settlement, the Settling Parties stipulate and agree to entry of the permanent injunction below.

STIPULATED PERMANENT INJUNCTION (23-cv-01879-JLR) - 1

DATED this 10th day of October, 2024.

Davis Wright Tremaine LLP
*Attorneys for Plaintiffs*

By *s/ Macaulay Ivory*
   Bonnie MacNaughton, WSBA #36110
   Tim Cunningham, WSBA #50224
   Melina Garcia, WSBA #58036
   Macaulay W. Ivory, WSBA #57858
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1610
   Phone: 206-622-3150
   Fax: 206-757-7700
   Email: bonniemacnaughton@dwt.com
          timcunningham@dwt.com
          melinagarcia@dwt.com

Olaf Booij
*Pro Se, Defendant* Olaf Booij

By *s/ Olaf Booij*
   Olaf Booij
   Akerkhof 10-12, 9711JB, Groningen, Netherlands
   Email: olafbooij@outlook.com

**PERMANENT INJUNCTION**

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendant Olaf Booij, and his respective employees, agents, successors and assigns, and all others in active concert or participation with him, are permanently enjoined and restrained from:

1. Accessing and using, whether directly or indirectly via a third party, intermediary, or proxy, Amazon.com, or any other Amazon online store around the world;

2. Exploiting or abusing Amazon's ordering or return services;

3. Making false statements or misrepresentations to Amazon;

4. Engaging in any activity that defrauds Amazon into paying money or providing replacement products for illegitimate returns;

5. Engaging in any scheme or malicious activity that interacts with Amazon; and

6. Knowingly and materially assisting or engaging any other person or business entity in engaging in or performing any of the activities listed above.

STIPULATED PERMANENT INJUNCTION (23-cv-01879-JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

The Court shall retain continuing jurisdiction over this matter for the limited purposes of enforcing the terms of the Settling Parties' settlement agreement and this Stipulated Permanent Injunction.

IT IS SO ORDERED.

DATED: October 11, 2024.

_____
The Honorable James L. Robart
UNITED STATES SENIOR DISTRICT JUDGE

STIPULATED PERMANENT INJUNCTION (23-cv-01879-JLR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax