The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Does 1-20, unknown parties doing business as "REKK," and the following individuals: Domantas Radeckas, Noah Page, Skylar Robinson, Luke Colvin, Alejandro Taveras, Andrew Ling, Brandon Sukhram, Cosmin Sopca, Jenny Tran, Olaf Booij, and Ryan Bates,<br><br>Defendants. | No. 2:23-cv-01879-JLR<br><br>**PLAINTIFFS' STATUS REPORT** |

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc., ("Amazon") submit this Status Report in accordance with the Court's April 16, 2024 Order directing Amazon to provide the status of efforts to identify remaining defendants and serve unserved defendants. Dkt. 77. Amazon has now identified a REKK operator defendant and served the Amended Complaint, Dkt. 89, on all but one Defendant, Cosmin Sopca, whose service is outstanding with the Hague Ministry in the United Kingdom.

PLAINTIFFS' STATUS REPORT (2:23-cv-01879-JLR) - 1

### A. Amazon has Identified REKK

Amazon uncovered the identity of Domantas Radeckas, a REKK Operator Defendant who was added as a named party in Amazon's Amended Complaint. Dkt. 89. At this time, based on the discovery Amazon has collected to date, Amazon does not anticipate naming additional defendants.

### B. Defendant Awaiting Service: Cosmin Sopca

Amazon has served the Amended Complaint on all Defendants except Cosmin Sopca. Sopca was served with the original Complaint on July 15, 2024. Amazon initiated service of the Amended Complaint with the Hague Ministry in the United Kingdom on June 21, 2024 and again on October 8, 2024, in response to the Ministry's request for a duplicate copy for service.

The Ministry has not notified Amazon of the status of the service request. On December 10, 2024, Amazon requested its local counsel in the United Kingdom to ask the Ministry for a status update on the service request. According to the Ministry, service was attempted but Sopca was "unknown at the address" and Amazon should receive written notice of the service attempt in a few weeks. Amazon has requested local counsel to initiate an investigation to identify an updated address for the defendant and intends to request service of the defendant at a new address.

DATED this 16th day of December, 2024.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Amazon*

By *s/ Tim Cunningham*
Bonnie E. MacNaughton, WSBA #36110
Tim Cunningham, WSBA #50244
Melina E. Garcia, WSBA #58036
Macaulay W. Ivory, WSBA #57858
Christine N. McFadden, WSBA #60126
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150

PLAINTIFFS' STATUS REPORT (2:23-cv-01879-JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

Email: bonniemacnaughton@dwt.com
timcunningham@dwt.com
melinagarcia@dwt.com
macaulayivory@dwt.com
christinemcfadden@dwt.com

I certify that this memorandum contains 436 words, in compliance with the Local Civil Rules.

PLAINTIFFS' STATUS REPORT (2:23-cv-01879-JLR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax