UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>DOES 1-20, et al.,<br><br>                    Defendants. | CASE NO. C23-1879JLR<br><br>ORDER |

Before the court is Plaintiffs' February 14, 2024 notice of voluntary dismissal of Cosmin Sopca, the "sole remaining defendant" in this matter. (Notice (Dkt. # 113).) Plaintiffs represent that they have resolved their claims against all other Defendants, and that they intend to pursue their claims against Mr. Sopca in the United Kingdom, where he resides. (*Id.*) As a result, it appears that there is nothing left in this action that requires the court's attention. Therefore, the court ORDERS Plaintiffs to show cause, by

//

//

ORDER - 1

1 | no later than **February 24, 2025**, why the court should not close this case.

2 | Dated this 14th day of February, 2025.

_____
JAMES L. ROBART
United States District Judge