The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Does 1-20, unknown parties doing business as "REKK," and the following individuals: Domantas Radeckas, Noah Page, Skylar Robinson, Luke Colvin, Alejandro Taveras, Andrew Ling, Brandon Sukhram, Cosmin Sopca, Jenny Tran, Olaf Booij, and Ryan Bates,<br><br>Defendants. | No. 2:23-cv-01879-JLR<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND ENTERING PERMANENT INJUNCTION AGAINST DEFENDANT DOMANTAS RADECKAS**<br><br>NOTE ON MOTION CALENDAR: FEBRUARY 24, 2025 (LCR 7(d)(1)) |

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc.'s, Amazon.com Services LLC's, and Amazon Technologies, Inc.'s Motion for Default Judgment against Defendant Domantas Radeckas (Dkt. # 120). Having reviewed the pleadings and papers filed in connection with this motion, the Court is fully informed.  Accordingly, the Court finds and orders as follows:

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR DEFAULT JUDGMENT AGAINST RADECKAS
(2:23-cv-01879-JLR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

1. The court has subject matter jurisdiction over this action and personal jurisdiction over Domantas Radeckas.

2. <u>For the reasons set forth in Plaintiffs' motion, including Plaintiffs' discussion of the *Eitel* factors,</u> Plaintiffs' Motion for Default Judgment is GRANTED and JUDGMENT is entered as to Domantas Radeckas on Plaintiffs Seventh Cause of Action for trademark infringement, 15 U.S.C. § 1114.

3. The Court awards Plaintiffs $1,000,000 in statutory damages for Domantas Radeckas' willful violations of the Lanham Act for each of the two marks identified in Plaintiffs' Motion, in the total amount of $2,000,000.

4. The Clerk is directed to enter judgment against Domantas Radeckas and in favor of Plaintiffs for $2,000,000.

5. Plaintiffs are also entitled to an injunction pursuant to 15 U.S.C. § 1116(a).

6. Accordingly, Domantas Radeckas is hereby ENJOINED AND RESTRAINED from:

   a. Making any statement of an affiliation or connection to Amazon in connection with any offer, survey, commercial email, marketing campaign, or website;

   b. Opening, acquiring, or using any Amazon account to order any product or service, and from claiming any refund or concession from Amazon;

   c. Using or interacting with any Telegram, Nulled, Reddit, Discord, or other private channel media platforms, accounts, servers, or channels affiliated with the fraudulent refund scheme;

   d. Creating any new Telegram, Nulled, Reddit, Discord, or other private channel media platforms, accounts, servers, or channels affiliated with the fraudulent refund scheme;

   e. Using the Amazon Trademarks in connection with any offer, survey, commercial email, marketing campaign, or website;

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR DEFAULT JUDGMENT AGAINST RADECKAS
(2:23-cv-01879-JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

      f.   Using any other indication of Amazon's brand in connection with any offer, survey, commercial email, marketing campaign, or website; and

      g.   Knowingly and materially assisting any other person or business entity in engaging in or performing any of the activities listed above

7. The Court hereby retains jurisdiction over this case for the purpose of enforcing this order and injunction, and for any supplemental proceedings that may be authorized by law. Plaintiffs' counsel is hereby directed to serve a copy of this order and injunction on Domantas Radeckas by Federal Express International mail at the following addresses: A. 24-4 Panevezys Laisves 35200 Lithuania.

SO ORDERED this 25th day of February, 2025.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

By  *s/ Melina Garcia*
    Bonnie E. MacNaughton, WSBA #36110
    Tim Cunningham, WSBA #50244
    Melina E. Garcia, WSBA #58036
    Macaulay W. Ivory, WSBA #57858
    Christine N. McFadden, WSBA #60126
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: 206-622-3150
    Email: bonniemacnaughton@dwt.com
          timcunningham@dwt.com
          melinagarcia@dwt.com
          macaulayivory@dwt.com
          christinemcfadden@dwt.com

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST RADECKAS (2:23-cv-01879-JLR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax