The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Does 1-20, unknown parties doing business as "REKK," and the following individuals: Domantas Radeckas, Noah Page, Skylar Robinson, Luke Colvin, Alejandro Taveras, Andrew Ling, Brandon Sukhram, Cosmin Sopca, Jenny Tran, Olaf Booij, and Ryan Bates,<br><br>Defendants. | No. 2:23-cv-01879-JLR<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS LUKE COLVIN, ALEJANDRO TAVERAS, NOAH PAGE, AND SKYLAR ROBINSON**<br><br>NOTE ON MOTION CALENDAR: FEBRUARY 24, 2025 (LCR 7(d)(1)) |

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc.'s, Amazon.com Services LLC's, and Amazon Technologies, Inc.'s Motion for Default Judgment against Defendants Luke Colvin, Alejandro Taveras, Noah Page, and Skylar Robinson (Dkt. # 122). Having reviewed the pleadings and papers filed in connection with this motion, the Court is fully informed.  Accordingly, the Court finds and orders as follows:

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST COLVIN, TAVERAS, PAGE, ROBINSON (2:23-cv-01879-JLR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

1. <u>The court has subject matter jurisdiction over this action and personal jurisdiction over Defendants.</u>

2. <u>For the reasons set forth in Plaintiffs' motion, including Plaintiffs' discussion of the *Eitel* factors,</u> Plaintiffs' Motion for Default Judgment is GRANTED and JUDGMENT is entered as to each Defendant on Plaintiffs' first cause of action for civil conspiracy.

3. The Court awards Amazon damages for Defendants' conspiracy as follows:

   a. Luke Colvin in the amount of $109,000.00
   b. Alejandro Taveras in the amount of $67,000.00
   c. Noah Page in the amount of $75,000.00
   d. Skylar Robinson in the amount of $175,000.00

4. The Clerk is directed to enter judgment against each Defendant in favor of Plaintiffs for the amounts set forth above.

5. The Court hereby retains jurisdiction over this case for the purpose of enforcing this order, and for any supplemental proceedings that may be authorized by law. Plaintiffs' counsel is hereby directed to serve a copy of this order on Defendants at their last known address.

SO ORDERED this 25th day of February, 2025.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

By *s/ Melina Garcia*
    Bonnie E. MacNaughton, WSBA #36110
    Tim Cunningham, WSBA #50244
    Melina E. Garcia, WSBA #58036
    Macaulay W. Ivory, WSBA #57858

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST COLVIN, TAVERAS, PAGE, ROBINSON (2:23-cv-01879-JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

Christine N. McFadden, WSBA #60126
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
Email: bonniemacnaughton@dwt.com
timcunningham@dwt.com
melinagarcia@dwt.com
macaulayivory@dwt.com
christinemcfadden@dwt.com

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR DEFAULT JUDGMENT AGAINST COLVIN, TAVERAS,
PAGE, ROBINSON (2:23-cv-01879-JLR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax