# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DOES 1-20, et al.,<br><br>        Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C23-1879JLR |

____ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiffs' motions for default judgment (Dkt. ## 120, 122) are GRANTED. The court ENTERS judgment against Defendants and in favor of Plaintiffs as follows:

1. Against Luke Colvin in the amount of $109,000.00

2. Against Alejandro Taveras in the amount of $67,000.00

3. Against Noah Page in the amount of $75,000.00

4. Against Skylar Robinson in the amount of $175,000.00

5. Against Domantas Radeckas in the amount of $2,000,000.00

//

//

In addition, Domantas Radeckas is ENJOINED AND RESTRAINED from:

a. Making any statement of an affiliation or connection to Amazon in connection with any offer, survey, commercial email, marketing campaign, or website;

b. Opening, acquiring, or using any Amazon account to order any product or service, and from claiming any refund or concession from Amazon;

c. Using or interacting with any Telegram, Nulled, Reddit, Discord, or other private channel media platforms, accounts, servers, or channels affiliated with the fraudulent refund scheme;

d. Creating any new Telegram, Nulled, Reddit, Discord, or other private channel media platforms, accounts, servers, or channels affiliated with the fraudulent refund scheme;

e. Using the Amazon Trademarks in connection with any offer, survey, commercial email, marketing campaign, or website;

f. Using any other indication of Amazon's brand in connection with any offer, survey, commercial email, marketing campaign, or website; and

g. Knowingly and materially assisting any other person or business entity in engaging in or performing any of the activities listed above.

Filed this 25th day of February, 2025.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk