The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Does 1-20, unknown parties doing business as "REKK," and the following individuals: Domantas Radeckas, Noah Page, Skylar Robinson, Luke Colvin, Alejandro Taveras, Andrew Ling, Brandon Sukhram, Cosmin Sopca, Jenny Tran, Olaf Booij, and Ryan Bates,<br><br>Defendants. | No. 2:23-cv-01879-JLR<br><br>**DECLARATION OF BONNIE MACNAUGHTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT DOMANTAS RADECKAS'S MOTION TO SET ASIDE DEFAULT JUDGMENT** |

I, Bonnie MacNaughton, declare as follows:

1. I am a partner at the law firm Davis Wright Tremaine LLP, and am counsel of record for Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc., ("Amazon") in this matter. I make this declaration based on personal knowledge.

MACNAUGHTON DECLARATION IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO MOTION TO SET ASIDE
DEFAULT
(Case No. 2:23-cv-01879-JLR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

2. On August 28, 2024, I received an email from Dr. Linas Belevicius, Lithuanian counsel for Defendant Domantas Radeckas ("Defendant"), requesting information about Amazon's Amended Complaint. In that email, counsel stated that "Domantas Radeckas is represented by me, so please send all information and documents directly to me." A true and correct copy of this email is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of June, 2025, in Seattle, Washington.

                                              *s/ Bonnie MacNaughton*
                                              Bonnie MacNaughton

MACNAUGHTON DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO SET ASIDE DEFAULT
(Case No. 2:23-cv-01879-JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax