

1  Domantas Radeckas
2  A. 24-4 Panevezys Laisves 35200
   Lithuania
3  domantasradeckas@gmail.com
   +37065346319
4  *Plaintiff Pro Se*

5

6  **UNITED STATES DISTRICT COURT**
   **WESTERN DISTRICT OF WASHINGTON**
7  **AT SEATTLE**

8  AMAZON.COM, INC., A DELAWARE          Case No.: 2:23-cv-01879-JLR
   CORPORATION, AMAZON.COM
9  SERVICES LLC, A DELAWARE LIMITED
   LIABILITY COMPANY, AND AMAZON
10 TECHNOLOGIES, INC., A NEVADA          **DEFENDANT DOMANTAS RADECKAS'S**
   CORPORATION,                         **MOTION TO STRIKE PLAINTIFFS'**
11                                       **UNAUTHORIZED OPPOSITION**
                                         **TO MOTION TO SET ASIDE DEFAULT**
12          Plaintiff,                   **JUDGMENT**

13 vs.

14
   DOES 1-20, UNKNOWN PARTIES DOING
15 BUSINESS AS "REKK," AND THE
   FOLLOWING INDIVIDUALS: DOMANTAS
16 RADECKAS, NOAH PAGE, SKYLAR
   ROBINSON, LUKE COLVIN, ALEJANDRO
17 TAVERAS, ANDREW LING, BRANDON
   SUKHRAM, COSMIN SOPCA, JENNY
18 TRAN, OLAF BOOIJ, AND RYAN BATES,

19          Defendants
20

21

22         COMES NOW Defendant Domantas Radeckas and respectfully moves to strike

23 Plaintiffs' Opposition to Defendant's *Motion to Set Aside Default Judgment* (Dkt. 130 et al) on

24 the grounds that it was filed without leave of Court in violation of Local Civil Rule 7(h)(3).  The

25 Court's LCR 7(h)(3) expressly provides that, "No response to a motion for reconsideration shall

26

27

28 DEFENDANT DOMANTAS RADECKAS'S MOTION TO STRIKE PLAINTIFFS' UNAUTHORIZED OPPOSITION TO
   MOTION TO SET ASIDE DEFAULT JUDGMENT        - 1 -

be filed unless requested by the court. No motion for reconsideration will be granted without

such a request."

This rule applies to Defendant's Motion to Set Aside Default Judgment (Dkt. 129), which

seeks reconsideration of the Court's February 25, 2025 Order entering default judgment (Dkt.

126) under Fed. R. Civ. P. 60(b) based largely on Defendant Amazon's direct actions to act in

concert with Lithuanian authorities to arrest Defendant and while he was knowingly

incarcerated, Plaintiff moved to default Defendant knowing he would not be able to respond.

Despite clear rule, Plaintiffs' opposition, filed on June 20, 2025 (Dkt. 130), was not

preceded by any request for leave or order of the Court authorizing a response. The docket

contains no such authorization.

Because Plaintiffs filed their opposition without complying with LCR 7(h)(3), it is

procedurally improper and should be stricken or disregarded. See LCR 1(c) ("Failure to comply

with the local rules may subject a party to sanctions…").

**WHEREFORE,** Defendant respectfully requests that the Court strike or disregard

Plaintiffs' unauthorized opposition (Dkt. 130 et al) and related filings.

Dated this 21st of June 2025.

Respectfully submitted,

  s/ Domantas Radeckas
Domantas Radeckas
A. 24-4 Panevezys Laisves 35200
Lithuania
domantasradeckas@gmail.com
+37065346319
*Plaintiff Pro Se*

1

## CERTIFICATE OF SERVICE

2       I certify that on June 21, 2025 a copy of this pleading was sent to all counsel of record via

3   via mail:

4   Bonnie E. MacNaughton
    Tim Cunningham
5   Melina E. Garcia
    Macaulay W. Ivory
6   Christine N. McFadden
    920 Fifth Avenue, Suite 3300
7   Seattle, WA 98104-1610

8                                               s/ Domantas Radeckas

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   DEFENDANT DOMANTAS RADECKAS'S MOTION TO STRIKE PLAINTIFFS' UNAUTHORIZED OPPOSITION TO
     MOTION TO SET ASIDE DEFAULT JUDGMENT      - 3 -